IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Desai, Bharatkumar

Printed: 10/23/07

Case Number: 07 B 12057
Judge: Hollis, Pamela S
Filed: 7/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | FIA Card Services | Unsecured | 0.00 | 0.00 |
| 4. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 8. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees
                $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_